### 16086, 16087.　HOME INSURANCE CO. *v.* CLINKSCALES; and *vice versa.*

BLOODWORTH, J. These cases are controlled by the principle announced in *Home Ins. Co.* v. *Swann*, ante, 19.

*Judgment reversed on both the main bill and the cross-bill of exceptions. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 14, 1925.

Complaint; from city court of Blakely—Judge Gray. November 19, 1924.

*Lowrey Stone,* for plaintiff.

*Glessner & Collins,* for defendant.

---

### 16142.　STORY *v.* FIRST NATIONAL BANK OF THOMSON.

BLOODWORTH, J. Where a general demurrer to a plea is overruled and no exception to this ruling is taken, the ruling becomes the law of the case and "stands as a solemn adjudication that the plea was good." *Bennett* v. *Simmons*, 30 *Ga. App.* 531 (118 S. E. 494), and citations. Where, on the trial of such a case, the defendant introduces evidence which substantially supports her plea, even though the plaintiff introduces conflicting evidence, it is error for the judge to direct a verdict for the plaintiff. *Pierpont Mfg. Co.* v. *Mayor &c. of Savannah*, 153 *Ga.* 455, and cases cited on pages 457 and 458 (112 S. E. 462); *Vickery* v. *Swicord*, 151 *Ga.* 145 (106 S. E. 92).

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 14, 1925.

Complaint; from city court of Thomson—Judge A. L. Franklin presiding. September 18, 1924.

*P. B. Johnson,* for plaintiff in error.

*J. R. Bowden, J. B. & T. R. Burnside,* contra.